

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Edwin Ray Sewell, Appellant

No. 06-20-00009-CV      v.

J. Michael Brock, J. Michael Brock PLLC, Howard Mowery, and Mowery Law Firm, Appellees

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 14C0986-102). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the 102nd District Court's judgment.

We further order that the appellant, Edwin Ray Sewell, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 2, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk